```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CASTILLO GRAND, LLC,

                       Plaintiff

- against -

SHERATON OPERATING CORPORATION,

                       Defendant.
------------------------------------------------------------X

06 CV 5526 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

Oral argument in this matter is currently scheduled for Tuesday, April 14, at 2:00 p.m. The Court's schedule now requires that the argument be moved to Tuesday, April 14, at 11:00 a.m.

IT IS SO ORDERED.

Dated: New York, New York
        April 10, 2009

                                        Robert P. Patterson, Jr.

                                        U.S.D.J.

1

Copies of this order were faxed to:

Todd Evan Soloway
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022
Fax: (212)798-6328

James S. Renard
Bickel & Brewer
4800 Bank One Center
1717 Main Street
Dallas, TX 75201
Fax: (214) 653-1015